622 A.2d 1373

**Calvin BENNETT, Respondent,**

v.

**Peter DARRAGH, Esquire, Petitioner.**

Supreme Court of Pennsylvania.

April 14, 1993.

## ORDER

PER CURIAM.

The petition for allowance of appeal is granted, the order of the Superior Court dated September 6, 1988, 383 Pa.Super. 660, 550 A.2d 246, is reversed, and the order of the Court of Common Pleas of Allegheny County dated November 2, 1987 is reinstated. *Bailey v. Tucker*, 533 Pa. 237, 621 A.2d 108 (1993).

CAPPY, J., did not participate in the consideration or decision of this case.